IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

BEVERLY WILLIS, Individually,
and on behalf of herself and others
similarly situated as a class,

    Plaintiff,

v.                                       Case No. 1:22-cv-01166-JDB-jay

CGS STORES, LLC,

    Defendant.

ORDER GRANTING JOINT MOTION FOR
FLSA SETTLEMENT APPROVAL

Before the Court is the parties' joint motion for FLSA settlement approval. (Docket Entry 51.) Having carefully considered the record, the motion, and the Settlement Agreement, the motion is GRANTED.

A district court must scrutinize a proposed FLSA settlement for fairness and determine whether it is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Lynn's Food Stores, Inc. v. United States ex rel. U.S. Dep't of Labor*, 679 F.2d 1350, 1355 (11th Cir. 1982); *Nutting v. Unilever Mfg. (U.S.) Inc.*, No. 2:14-cv-02239-JPM-tmp, 2014 WL 2959481, at *3 (W.D. Tenn. June 13, 2014). "In this analysis, the Court examines three factors: (1) whether the settlement was achieved in an adversarial context, (2) whether the plaintiffs were protected by attorneys who can protect their rights and (3) whether the settlement reflects a fair and reasonable compromise of the issues in dispute." *Taylor v. Unilever Mfg. (U.S.), Inc.*, No. 2:20-cv-02803-

1

SHL-atc, 2022 WL 18142390, at *2 (W.D. Tenn. Oct. 14, 2022) (citing *Lynn's Food Stores*, 679 F.2d at 1354).

Based on a review of the parties' submissions in this case, the Court finds that the proposed Settlement Agreement is a fair and reasonable resolution of a bona fide FLSA dispute. The Settlement Agreement was negotiated and agreed upon in an adversarial context, both sides are represented by experienced labor and employment counsel, and the agreed-upon resolution represents a fair and reasonable compromise of the FLSA claims given the significant factual disputes in the case and the uncertainty associated with proceeding to trial.

THEREFORE, the Court hereby:

1. Grants final approval of the Settlement Agreement, adjudging the terms thereof to be fair, reasonable, and adequate, and directing consummation of its terms and provisions;

2. Approves Plaintiffs' counsel's request for attorneys' fees and expenses;

3. Dismisses Plaintiff Beverly Willis's claims against CGS Stores, LLC with prejudice;

4. Dismisses Opt-In Plaintiff Tracy Burgwald Smith's claims against CGS Stores, LLC with prejudice;

5. Dismisses Opt-In Plaintiff Kelly Cooper's claims against CGS Stores, LLC with prejudice;

6. Dismisses Opt-In Plaintiff Vicki Handte's claims against CGS Stores, LLC with prejudice;

7. Dismisses Opt-In Plaintiff Dayana Hudson's claims against CGS Stores, LLC with prejudice;

8. Dismisses Opt-In Plaintiff Donna Levatino's claims against CGS Stores, LLC with prejudice;

9. Dismisses Opt-In Plaintiff Melissa Moore's claims against CGS Stores, LLC with prejudice;

10. Dismisses Opt-In Plaintiff Jennifer Stafford-Kee's claims against CGS Stores, LLC with prejudice;

11. Dismisses Opt-In Plaintiff Alicia Barnhart's claims against CGS Stores, LLC with prejudice;

12. Dismisses Opt-In Plaintiff Tabatha Hatley's claims against CGS Stores, LLC with prejudice; and

13. Enters a judgment dismissing this case with prejudice in accordance with the terms of the Settlement Agreement.

IT IS SO ORDERED this 21st day of November 2023.

<u>s/ J. DANIEL BREEN</u>
UNITED STATES DISTRICT JUDGE

JOINTLY SUBMITTED FOR ENTRY:

/s/ Joseph Russ Bryant
Joseph Russ Bryant (TN Bar No. 33830)
Gordon E. Jackson (TN Bar No. 8323)
JACKSON SHIELDS YEISER HOLT OWEN & BRYANT
262 German Oak Drive
Cordova, TN 38018
Telephone: (901) 754-8001
Email: rbryant@jsyc.com
       gjackson@jsyc.com

Counsel for Plaintiffs

&

/s/Matthew G. Gallagher
Matthew G. Gallagher (TN Bar No. 27242)
Kaitlyn A. Hansen (TN Bar No. 037021)
LITTLER MENDELSON, P.C.
3725 Champion Hills Drive, Suite 3000
Memphis, TN 38125
Telephone: (901) 795-6695
Facsimile: (901) 881-4333
Email: mgallagher@littler.com
       khansen@littler.com

Counsel for Defendant