UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

BEVERLY WILLIS, Individually,
and on behalf of herself and others
similarly situated as a class,

                                      JUDGMENT IN A CIVIL CASE

    Plaintiff,

v.                                         NO. 1:22-cv-01166-JDB-jay

CGS STORES, LLC,

    Defendant.

---

IT IS ORDERED AND ADJUDGED that in accordance with the ORDER GRANTING JOINT MOTION FOR FLSA SETTLEMENT APPROVAL entered on November 21, 2023, this cause is hereby DISMISSED with prejudice. Judgment is entered in accordance with the terms of the Settlement Agreement.

                                                APPROVED:

                                                s/ J. DANIEL BREEN
                                                UNITED STATES DISTRICT JUDGE

                                                DATE: November 27, 2023

WENDY R. OLIVER
Clerk of Court

                                                s/Blair Moore
                                                (By)    Deputy Clerk